UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN F. LEONARD, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>AUBREY K. McCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOUIS SIMPSON,<br><br>    Defendants,<br><br>    --and--<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>    Nominal Defendant. | CASE NO. CIV-12-479-M |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

**WHEREAS**, on April 30, 2012, Plaintiff Brian F. Leonard filed his Shareholder Direct and Derivative Complaint (the "Complaint") in the above-referenced matter;

**WHEREAS**, Plaintiff is in the process of completing service of the

Complaint on the Nominal Defendant and Individual Defendants (collectively "Defendants");

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A) the first response to the Complaint, by Defendant(s) served on May 1, 2012, was due on May 20, 2012;

**WHEREAS**, the parties have agreed to extend the time of all Defendants to respond to the Complaint until <u>after</u> the consolidated amended complaint is on file.

**WHEREAS**, counsel for the Defendants has agreed to accept service of the Complaint for all Defendants;

**NOW THEREFORE, IT IS STIPULATED AND AGREED** by Plaintiff and Defendants, by and through their respective counsel that Defendants should be allowed to file their response to the Complaint thirty (30) days from the date of filing of the Consolidated Amended Complaint.

## **RELIEF REQUESTED**

The parties request Defendants be given thirty (30) days from the date of filing of the Consolidated Amended Complaint in which to file a coordinated response to the Complaint.

Respectfully submitted this 22nd day of May, 2012.

        *s/ Kenyatta R. Bethea*
        Kenyatta R. Bethea OBA #18650
        **HOLLOWAY, BETHEA & OSENBAUGH**
        3035 N.W. 63rd Suite 102N
        Oklahoma City, OK 73116
        Telephone: (405) 246-0600
        Facsimile: (405) 810-4080
        kbethea@hbolaw.com
        *Proposed Liaison Counsel for Plaintiff*
        *Brian F. Leonard*

        Richard A. Lockridge
        Gregg M. Fishbein
        **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
        100 Washington Avenue S, Suite 2200
        Minneapolis, MN 55401
        Telephone: (612) 339-6900
        Facsimile: (612) 339-0981
        ralockridge@locklaw.com
        gmfishbein@locklaw.com

          AND

        Edward W. Gale
        Thomas C. Atmore
        **LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.**
        100 South 5th Street, Suite 2500
        Minneapolis, MN 55402
        Telephone: 612-332-1030
        Facsimile: 612-332-2740
        egale@losgs.com
        tatmore@losgs.com

        *Attorneys for Plaintiff Brian F. Leonard*

*s/ James R. Webb*
James R. Webb, OBA #16548
Spencer F. Smith OBA #20430
**MCAFEE & TAFT**
10th Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Telephone (405) 552-2246
Facsimile (405) 235-0439
jim.webb@mcafeetaft.com
spencer.smith@mcafeetaft.com

       *AND*

Robert P. Varian
**ORRICK, HERRINGTON & SUTCLIFFE**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone (415) 773-5700
Facsimile (415) 773-5759

*Attorneys for Defendants*